Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VLADIMIR V. ZAYTSEV,

Plaintiff,

v.

CAL-WESTERN RECONVEYANCE CORPORATION OF WASHINGTON, a Washington corporation, GMAC HOMECOMINGS FINANCIAL NETWORK, INC., a Delaware corporation,

Defendants.

C10-0164-JCC

**ORDER**

This matter comes before the Court on the stipulation of Plaintiff (Dkt. No. 12), in which Plaintiff asks the Court to dismiss all claims against Defendant GMAC Homecomings Financial Network.

Having reviewed the record and found good cause therein, the Court hereby DISMISSES all claims against Defendant GMAC Homecomings Financial Network with prejudice and without costs or fees to either party. This order leaves all claims against all other defendants unaffected.

The Clerk of the Court shall STRIKE Defendant GMAC Homecomings Financial Network's pending motion for summary judgment (Dkt. No. 4) as moot.

//

//

SO ORDERED this 25th day of March, 2010.

JOHN C. COUGHENOUR
United States District Judge

ORDER, C09-1344-JCC
Page 2