Hon. John C. Coughenour

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

VLADIMIR V. ZAYTSEV, an unmarried individual,

    Plaintiff,

vs.

CAL-WESTERN RECONVEYANCE CORPORATION OF WASHINGTON, A Washington Corporation, HOMECOMINGS FINANCIAL NETWORK, INC., a Delaware Corporation, AURORA LOAN SERVICES, LLC, a Nebraska Company, WEST HORIZON FINANCIAL, INC., A Washington Company, and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a California Company,

    Defendants.

Case No. 2:10-cv-00164-JCC

DEFENDANT WEST HORIZON FINANCIAL, INC'S ANSWER AND AFFIRMATIVE DEFENSES TO THE PLAINTIFF'S FIRST AMENDED COMPLAINT

**COMES NOW** the Defendant, West Horizon Financial, Inc., by and through its attorney of record, Stephan D. Wakefield of Hecker Wakefield & Feilberg, P.S., and hereby deny each and every allegation contained in the Plaintiff's Complaint except as hereinafter specifically admitted as follows:

### I. ANSWER

1. Defendant is without sufficient knowledge as to the

DEFENDANT WEST HORIZON FINANCIAL'S
ANSWER AND AFFIRMATIVE DEFENSES - 1

LAW OFFICE OF
HECKER WAKEFIELD & FEILBERG, P.S.
321 FIRST AVENUE WEST
SEATTLE, WA 98119
(206) 447-1900
FACSIMILE: (206) 447-9075

truth or falsity of the allegations contained therein and therefore deny the same.

2. Defendant is without sufficient knowledge as to the truth or falsity of the allegations contained therein and therefore deny the same.

3. Defendant is without sufficient knowledge as to the truth or falsity of the allegations contained therein and therefore denies the same.

4. Defendant is without sufficient knowledge as to the truth or falsity of the allegations contained therein and therefore deny the same.

5. Defendant is without sufficient knowledge as to the truth or falsity of the allegations contained therein and therefore denies the same.

6. Defendant is without sufficient knowledge as to the truth or falsity of the allegations contained therein and therefore denies the same.

7. Admitted.

8. Admitted.

9. Defendant is without sufficient knowledge as to the truth or falsity of the allegations contained therein and therefore denies the same.

10. Admitted.

11. Defendant is without sufficient knowledge as to the

DEFENDANT WEST HORIZON FINANCIAL'S
ANSWER AND AFFIRMATIVE DEFENSES - 2

LAW OFFICE OF
HECKER WAKEFIELD & FEILBERG, P.S.
321 FIRST AVENUE WEST
SEATTLE, WA 98119
(206) 447-1900
FACSIMILE: (206) 447-9075


truth or falsity of the allegations contained therein and therefore denies the same.

12. Defendant is without sufficient knowledge as to the truth or falsity of the allegations contained therein and therefore denies the same.

13. Defendant is without sufficient knowledge as to the truth or falsity of the allegations contained therein and therefore denies the same.

14. Defendant is without sufficient knowledge as to the truth or falsity of the allegations contained therein and therefore denies the same.

15. Defendant is without sufficient knowledge as to the truth or falsity of the allegations contained therein and therefore denies the same.

16. Denied

17. Defendant is without sufficient knowledge as to the truth or falsity of the allegations contained therein and therefore denies the same.

18. Defendant is without sufficient knowledge as to the truth or falsity of the allegations contained therein and therefore denies the same.

19. Defendant is without sufficient knowledge as to the truth or falsity of the allegations contained therein and therefore denies the same.

DEFENDANT WEST HORIZON FINANCIAL'S
ANSWER AND AFFIRMATIVE DEFENSES - 3

LAW OFFICE OF
HECKER WAKEFIELD & FEILBERG, P.S.
321 FIRST AVENUE WEST
SEATTLE, WA 98119
(206) 447-1900
FACSIMILE: (206) 447-9075

20. Defendant is without sufficient knowledge as to the truth or falsity of the allegations contained therein and therefore denies the same.

21. Defendant is without sufficient knowledge as to the truth or falsity of the allegations contained therein and therefore denies the same.

22. Defendant is without sufficient knowledge as to the truth or falsity of the allegations contained therein and therefore denies the same.

23. Defendant is without sufficient knowledge as to the truth or falsity of the allegations contained therein and therefore denies the same.

24. Defendant is without sufficient knowledge as to the truth or falsity of the allegations contained therein and therefore denies the same.

25. Defendant is without sufficient knowledge as to the truth or falsity of the allegations contained therein and therefore denies the same.

26. Denied.

27. The Promissory Note speaks for itself.

28. The loan documents speak for themselves.

29. Defendant is without sufficient knowledge as to the truth or falsity of the allegations contained therein and therefore denies the same.

DEFENDANT WEST HORIZON FINANCIAL'S
ANSWER AND AFFIRMATIVE DEFENSES - 4

LAW OFFICE OF
HECKER WAKEFIELD & FEILBERG, P.S.
321 FIRST AVENUE WEST
SEATTLE, WA 98119
(206) 447-1900
FACSIMILE: (206) 447-9075

30. Defendant is without sufficient knowledge as to the truth or falsity of the allegations contained therein and therefore denies the same.

31. Defendant is without sufficient knowledge as to the truth or falsity of the allegations contained therein and therefore denies the same.

32. Defendant is without sufficient knowledge as to the truth or falsity of the allegations contained therein and therefore denies the same.

33. Defendant is without sufficient knowledge as to the truth or falsity of the allegations contained therein and therefore denies the same.

34. Defendant is without sufficient knowledge as to the truth or falsity of the allegations contained therein and therefore denies the same.

35. Defendant incorporates by reference its Answers to the above paragraphs.

36. Defendant is without sufficient knowledge as to the truth or falsity of the allegations contained therein and therefore denies the same.

37. Denied.

38. Denied.

39. Denied.

40. Denied.

DEFENDANT WEST HORIZON FINANCIAL'S
ANSWER AND AFFIRMATIVE DEFENSES - 5

LAW OFFICE OF
HECKER WAKEFIELD & FEILBERG, P.S.
321 FIRST AVENUE WEST
SEATTLE, WA 98119
(206) 447-1900
FACSIMILE: (206) 447-9075

41. Denied.

42. Denied.

43. Defendant incorporates by reference its Answers to the above paragraphs.

44. Denied.

45. Denied in its entirety.

46. Denied.

47. Denied.

48. Defendant incorporates by reference its Answers to the above paragraphs.

49. Denied.

50. Denied.

51. Denied.

52. Denied.

53. Denied.

## II.   AFFIRMATIVE DEFENSES

By way of further Answer to Plaintiff's Complaint, and by way of Affirmative Defenses, Defendant stated and alleged as follows:

42. Plaintiff, by its conduct and/or acts, words or silence, is estopped from claiming the relief requested.

43. Plaintiff's Complaint fails to state a claim upon which relief can be granted.

44. Defendant has just cause for its actions.

DEFENDANT WEST HORIZON FINANCIAL'S
ANSWER AND AFFIRMATIVE DEFENSES - 6

LAW OFFICE OF
HECKER WAKEFIELD & FEILBERG, P.S.
321 FIRST AVENUE WEST
SEATTLE, WA 98119
(206) 447-1900
FACSIMILE: (206) 447-9075

45. Plaintiff, by its conduct and/or acts, words or silence, has waived any claims it may have against the Defendants.

46. Plaintiff's claim is barred by the Statute of Limitations.

47. Defendant's actions were justified.

48. Plaintiff's claims are barred by accord and satisfaction.

49. Plaintiff's claims are barred for failure of consideration.

51. Plaintiff's claims are barred by the Statute of Frauds.

52. Plaintiff's injuries and damages, if any, are diminished and/or extinguished due to setoff for the amounts due to the Defendants by the Plaintiff.

53. The Truth In Lending Act (hereinafter "TILA") does not apply to private rights of action.

54. The TILA claim is time barred.

55. The Real Estate Settlement Procedures Act (hereinafter "RESPA") claim is time barred.

56. RESPA does not apply to the Defendant West Horizon Financial for failure to disclose a Yield Spread Premium.

**WHEREFORE**, having fully answered Plaintiff's Complaint, having allege Affirmative Defenses and a Counterclaim against the Plaintiff, the Defendants request the following relief:

DEFENDANT WEST HORIZON FINANCIAL'S
ANSWER AND AFFIRMATIVE DEFENSES - 7

LAW OFFICE OF
HECKER WAKEFIELD & FEILBERG, P.S.
321 FIRST AVENUE WEST
SEATTLE, WA 98119
(206) 447-1900
FACSIMILE: (206) 447-9075

1. For dismissal of Plaintiff's Complaint in its entirety with prejudice;

2. For an award of the Defendant's reasonable attorney fees and costs as provided by statute, agreement between the parties and other rule of law; and

3. For such other and further relief as the Court deems just and equitable.

DATED this 24th day of May, 2010.

By: Stephan D. Wakefield WSBA #22762
HECKER WAKEFIELD & FEILBERG, P.S.
Attorney For Defendant West Horizon Financial, Inc.

DEFENDANT WEST HORIZON FINANCIAL'S
ANSWER AND AFFIRMATIVE DEFENSES - 8

LAW OFFICE OF
HECKER WAKEFIELD & FEILBERG, P.S.
321 FIRST AVENUE WEST
SEATTLE, WA 98119
(206) 447-1900
FACSIMILE: (206) 447-9075